No. 80–1032. GARTNER *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE STEWART would grant certiorari.